```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 05 B 42453
   ANTHONLY S ROMO SR
   AMELIA O ROMO                               CHAPTER 13

                                               JUDGE: MANUEL BARBOSA

         Debtor
   SSN XXX-XX-0104     SSN XXX-XX-1144
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1. The case was filed on 09/30/05 and confirmed on 12/08/05.

   2. The plan is paid in full.

   3. The Debtor paid a total of $ 16200.00 .

   4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| WEST SUBURBAN BANK | SECURED | .00 | .00 | .00 |
| CHASE AUTOMOTIVE FINANCE | SECURED VEHIC | 10000.00 | 917.94 | 10000.00 |
| BRIAN R TONNER DDS | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 5084.81 | .00 | 781.90 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 850.19 | .00 | 130.73 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 18400.91 | .00 | 2829.52 |
| TARGET NATIONAL BANK | UNSECURED | 4481.16 | .00 | 689.07 |
| TARGET NATIONAL BANK | UNSECURED | 420.24 | .00 | 64.62 |
| CHASE AUTOMOTIVE FINANCE | UNSECURED | 478.42 | .00 | 73.57 |

         Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 10000.00 | .00 | 29715.73 | .00 | 39715.73 |
| PRINCIPAL PAID | 10000.00 | .00 | 4569.41 | .00 | 14569.41 |
| INTEREST PAID | 917.94 | .00 | .00 | .00 | 917.94 |
| TOTAL PAID | 10917.94 | .00 | 4569.41 | .00 | 15487.35 |

The Debtor's attorney, SCOTT J KOFKIN               , was allowed $      .00
and was paid $     .00 .

The Trustee received $    712.65 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

Dated: 12/16/08
/S/
GLENN STEARNS
CHAPTER 13 TRUSTEE